UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
SKENDER CAKONI                      :
                                    :        1:10-cr-464-GHW-7
                                    :        ─────────────────
                                    :            Docket #
------------------------------------x
```

_Gregory H. Woods_, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, _DONALD YANNELLA_ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

**SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: November 9, 2020
New York, New York